**~~PROPOSED~~ ORDER/COVER SHEET**

|  |  |  |  |
|---|---|---|---|
| **TO:** | Honorable Susan van Keulen<br>U.S. Magistrate Judge | **RE:** | AYON-RAMOS, Teodoro |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 5:20-CR-00379-EJD |

**Date:**

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Edgar Juarez                              510-277-5021

**U.S. Pretrial Services Officer**          **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____  Presiding District Court Judge _____

[X] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[X] Modification(s)

**Defendant must participate in mental health treatment as directed by Pretrial Services.**

☐ Bail Revoked/Bench Warrant Issued.

[X] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____

_/s/ Susan van Keulen_                              September 26, 2022
**JUDICIAL OFFICER**                                **DATE**

cc:PTS